UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYANT STEWARD, | ) | CASE NO. CV 12-7006-VAP (PJW) |
| | ) | |
|         Petitioner, | ) | |
| | ) | J U D G M E N T |
|     v. | ) | |
| | ) | |
| G. LEWIS, WARDEN, | ) | |
| | ) | |
|         Respondent. | ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition and Denying Certificate of Appealability,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    <u>August 27, 2012</u>   .

*(signature)*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_CV12-7006VAP(PJW)-STEWARD-Judgment.wpd